USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    NASEER BOKHARI,
                              Plaintiff,

            -against-

    SEIU LOCAL 32-BJ,
                              Defendant.
------------------------------------------------------------X

19 Civ. 1721 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    The Court has been informed that the parties have reached a settlement in principle in this case, and that they have agreed to finalize the settlement within 60 days of November 22, 2019. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made by sixty (60) days after November 22, 2019, or by **January 21, 2020**. Any application to reopen filed after the deadline may be denied solely on that basis. Any pending deadlines and conferences are CANCELED. The Clerk of Court is respectfully requested to close Dkt. No. 26.

Dated: November 26, 2019
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**